IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR34

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>)<br>KEVIN ANTHONY HARPER )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's motion to destroy evidence, filed January 9, 2008.

Because the Defendant has filed an appeal of his conviction and sentence, the Government's motion to destroy evidence herein is made prematurely.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy weapon is **DENIED** without prejudice.

Signed: January 29, 2008

Lacy H. Thornburg
United States District Judge