# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 1:07CR 34 |
| | ) | |
| vs. | ) | <u>ORDER FOR FORFEITURE</u> |
| | ) | <u>AND DESTRUCTION OF EVIDENCE</u> |
| | ) | |
| **KEVIN ANTHONY HARPER** | ) | |

**THIS MATTER** is before the Court on the Government's motion for the forfeiture and destruction of the evidence seized herein.

For the reasons stated in the Government's motion and for cause shown, the Court finds that the Lexmark Printer/Scanner/Copier, which is now in the possession of the U.S. Secret Service, should be forfeited; and that the firearm, Kel-Tec P-11, 9mm luger automatic handgun with an obliterated serial number, and the uncut sheets of counterfeit U.S. Currency, which are also in the possession of the Secret Service, should be destroyed in accordance with the usual procedures for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to forfeit the Lexmark Printer/Scanner/Copier is hereby **GRANTED**, and such may be donated to a charitable organization.

**IT IS FURTHER ORDERED** that the Government's motion to destroy the firearm, Kel-Tec P-11, 9mm luger automatic handgun, and the uncut sheets of counterfeit U.S. Currency is hereby **GRANTED**, and this evidence shall be destroyed in accordance with the usual procedures for the destruction of such evidence.

Signed: August 4, 2009

Lacy H. Thornburg  
United States District Judge